**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| vs. | **INDICTMENT** |
| **ERIC J. HENDERSON, JR.,** | 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(8) |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Felon in Possession of a Firearm)

1. On or about June 23, 2025, in the Southern District of Ohio, the defendant, **ERIC J. HENDERSON, JR.,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in or affecting interstate commerce, a firearm, specifically, a Glock Model 17, 9mm pistol, bearing serial number BBC269, and ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America.

3. Upon conviction of the offense alleged in this Indictment, the defendant, **ERIC J.**

**HENDERSON, JR.**, shall forfeit to the United States all of his right, title, and interest in the firearm and ammunition involved in or used in the offense alleged in this Indictment, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including, but not limited to, the following firearm and ammunition seized on or about June 23, 2025:

- A Glock Model 17, 9mm pistol, bearing serial number BBC269; and
- All associated ammunition.

**Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

/s/ Foreperson
FOREPERSON

**KELLY A. NORRIS**
**Acting United States Attorney**

KEVIN W. KELLEY (0042406)
Assistant U.S. Attorney

2